DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEAH RUBEL-WISMER,** as Successor Guardian Plenary
Guardian of the Person and Property of Ruth Isaacs,
an Incapacitated Person,
Appellant,

v.

**BANK OF AMERICA, N.A., ASHLEIGH HOUSE HOMEOWNER'S
ASSOCIATION, INC.,** and **UNITED STATES OF AMERICA** Acting
through Secretary of Housing and Urban Development,
Appellees.

No. 4D19-2585

[April 23, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE16-006250 (11).

Lawrence R. Metsch of Metschlaw, P.A., Aventura, for appellant.

Lynnette Ebeoglu McGuinness and Joseph J. Huss of Krinzman Huss Lubetsky Feldman & Hotte, Fort Lauderdale, for appellee Bank of America, N.A.

PER CURIAM.

*Affirmed.*[1]

WARNER, DAMOORGIAN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***

[1] We are mindful of the issuance of Administrative Order SC20-23 (the requirement in Florida Rule of Civil Procedure 1.580(a) for the clerk to issue a writ of possession "forthwith" remains suspended) and Executive Order 20-94 (suspending and tolling any statute providing for a mortgage foreclosure cause of action under Florida law for 45 days from April 2, 2020). We trust any motions

directed to those orders shall be filed in the lower tribunal upon issuance of our mandate.